Joseph M. Ward
209 Manatee Street
Cape Carteret, NC  28584
Telephone:  252-393-6150



U. S. DISTRICT COURT - DE
MISC. CASE # 05-139

June 29, 2005

Clerk of Court
United States District Court
District of Delaware
844 King Street, Lock Box 18
Wilmington, DE  19884

FILED
2005 JUL 12 AM 11: 35
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir/Madam:

    Enclosed are three signed originals of a subpoena I plan to serve on MBNA AMERICA BANK.  "Betty" and I discussed this matter several times today.  There seems to be some confusion relating to the procedure in connection that the the involved court action was filed in United States District Court, Eastern District of North Carolina, Greenville, NC

    MBNA, as a witness, has already refused to respond to one subpoena on the grounds that it originated in North Carolina instead of Delaware.  Your office and the Eastern North Carolina District Court Clerk's office were not in full agreement about how to proceed then and I amnot sure that they are now.

    Betty has been quite helpful and for the most part I have accepted her advice.

    Enclosed is my check for $39.00 which I understand is needed in order for my wife's and my case to gain status in the District Court of Delaware.  Also enclosed is a pre-addressed postage paid envelope, certified with return to me.  If you think the subpoena is valid, I would like for it to be added to the enclosed envelope and placed in the United States Mail.  Doing so will not constitute service of the subpoena by anyone in your office.  In effect, it will have been served by me.

    If there are any problems we need to discuss, please give me a call at 252-393-6150.  Thank you for your attention to the above matter.

Sincerely,

*Joseph M. Ward* (signature)

Joseph M. Ward

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUL 12  AM 11: 35